Marlan MURRAY, Employee/Appellant,

v.

GUARANTEE ELECTRICAL
CO., Employer/Appellant,

and

Continental Casualty Co.,
Insurer/Appellant,

and

State of Missouri, Second Injury
Fund, Respondent.

No. 64923.

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 2, 1994.

Rehearing Denied Sept. 19, 1994.

James J. Sievers, Clayton, St. Louis, for employee/appellant.

Carl Kessinger, Evans & Dixon, St. Louis, for employer/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., M. Melissa Manda, Asst. Atty. Gen., Jefferson City, for Second Injury Fund.

Before PUDLOWSKI, SIMON and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Marlan Murray, appeals from a decision of the Labor and Industrial Relations Commission modifying the award of the Administrative Law Judge Siedlik. Employer and Insurer, Guarantee Electrical Co. and Continental Casualty Co., appeal from the award as well. We affirm.

We have reviewed the briefs of the parties and the legal file and find the findings and conclusions of the Labor and Industrial Relations Commission are not clearly erroneous. As we further find an extended opinion would have no precedential value, we affirm the Commission's order pursuant to Rule 84.16(b). A memorandum solely for the use the parties here involved has been provided explaining the reasons for our decision.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.